**Order entered April 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00063-CV

## IN RE HON. KIM COOKS, JUDGE 255TH DISTRICT COURT, DALLAS COUNTY, TEXAS, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF10-14998**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and we **LIFT** the stay order issued on January 28, 2021.

/s/    LANA MYERS
       JUSTICE